General Complaint Form for Pro Se Litigants

FILED
2009 NOV 20 A II: 50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-09-PT-2367-M

Carla Maurice Moore
11000 B Gurley St.
Guntersville, AL 35976

(Enter above the full names(s) of the plaintiff(s) in this action.)

vs.

City of Guntersville
Jim Peterson - Police Chief (G.P.D)
Beau Cagle - (G.P.D) LT.
Karl Keller - (G.P.D)

(Enter above the full name(s) of the defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of 11000 B Gurley St. Guntersville, AL 35976. Plaintiff resides at Marshall County.

2. Defendant City of Guntersville - Jim P., Beau C., Karl K. is a corporation incorporated under the laws of State of Alabama and has a main office at Guntersville AL and is licensed to do business in the City of Guntersville, AL. Defendant's official business address is 340 Blount Avenue Guntersville, AL 35974.

**OR**

Defendant _____

is a United States government agency.

**OR**

Defendant City/Municipal Agency_____

is a state agency.

**OR**

Defendant Jim Peterson, Beau Cagle, & Karl Keller is a resident of the Guntersville Police Dept. Defendant resides at Guntersville AL. G.P.D. 340 Blount Avenue.

3. The jurisdiction of this court is invoked pursuant to Federal Civil Rights has been violated_____. (List statutes.)

4. Statement of Claim

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

On September 7, 2009 approx. 5:30 p.m. 6 kids including my 10 yr. old son was harrassed by being chased by two Guntersville Police Officers and weapons along with a flashlight pointed as a gun drawn on them. On going problems with the Guntersville Police Department dealing with the

2

adult citizens and now children. My son is suffering from emotional stress and changes of behavior from the incident of 9-7-09.

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

Investigate officer Karl Keller "AKA" (Baby) and LT. Beau Cagle with the Guntersville Police Department. And to bring a case against the City of Guntersville and named officers for violating my son's Civil Rights. I also desire the Court to move to order Defendants to pay Compensatory and punitive damages for Civil Rights violation.

11-18-09
Date

Carla Moore
Signature of Plaintiff

(256) 582-5965
Telephone Number

Carla Moore
Name (Please Print)

(256) 582-3036
FAX Number (If Available)

1000 B Gurley St.
Street Address

Guntersville, AL      35976
City, State                Zip Code

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

                                                                                                           _____

                                                            Signature of Plaintiff

                                                            Dated:_____

7/14/06